## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 125 EAL 2017 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| RAYMOND CRAIG, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.